FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM J. HISSAM, husband; and REBECCA S. HISSAM, wife,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SEIU HEALTH CARE NW HEALTH BENEFIT TRUST,<br><br>                    Defendant. | NO: 4:20-CV-5033-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Voluntary Dismissal of Defendant and Action with Prejudice and Without Fees or Costs to any Parties, ECF No. 18. Having reviewed the parties' Stipulated Motion and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Voluntary Dismissal of Defendant and Action with Prejudice and Without Fees or Costs to any Parties, **ECF No. 18**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. This matter is hereby **DISMISSED with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** February 4, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2