AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

WILLIAM J. HISSAM, husband; and
REBECCA S. HISSAM, wife,

*Plaintiff*

v.

SEIU HEALTH CARE NW
HEALTH BENEFIT TRUST,

*Defendant*

**Feb 04, 2021**

SEAN F. McAVOY, CLERK

Civil Action No.  4:20-CV-5033-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The parties' Stipulated Motion for Voluntary Dismissal of Defendant and Action with Prejudice and Without Fees or Costs to any Parties, ECF No. 18, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a motion for dismissal.

Date: 2/4/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez